JUNE 28, 1950

No. 54517.—Kachurin Drug Company v. United States, protest 146994-K.—

Motion of Government for rehearing denied.

BEFORE THE THIRD DIVISION, JULY 5, 1950

No. 54518.—Olavarria & Company, Inc. v. United States, protests 2400-K, etc. (Norfolk).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 54519.—Austin Nichols & Co., Inc., et al. v. United States, protests 46040-K/89899, etc. (Chicago).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 54520.—The Otto Gerdau Co. et al. v. United States, protests 52583-K, etc. (San Francisco, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 54521.—Cuban American Products Co., Inc. v. United States, protests 128249-K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 54522.—American Leather Mfg. Co. et al. v. United States, protests 135026-K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 54523.—Railway Express Agency, Inc. v. United States, protest 146518-K (El Paso).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.